[No. 23502–8–I.  Division One.  April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW NORMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–05180–8, Warren Chan, J., entered January 5, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 23535–4–I.  Division One.  April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. BRENDAN COPPENBARGER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–8–03201–9, Jerome M. Johnson, J., entered January 9, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 23776–4–I.  Division One.  April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. CARLOS TONY PACE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–03996–4, Norma Smith Huggins, J., entered February 24, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 22646–1–I.  Division One.  April 2, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES RAY PITCHFORD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–00191–8, Donald D. Haley, J., entered July 26, 1988. *Dismissed* by unpublished per curiam opinion.